UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRUCO LIFE INSURANCE COMPANY
OF NEW JERSEY,

        Plaintiff,

v.

GODOLFREDO ROSADO, THE ESTATE
OF CARLA K. ROSADO
and MAUD DOUGAL,

        Defendants.

Civil Action No. 20-cv-02973-CS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2020

~~PROPOSED~~ ORDER FOR DEPOSIT AND DISMISSAL

Upon Joint Motion for Interpleader Deposit and Dismissal of Plaintiff Pruco Life Insurance Company of New Jersey, and for good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

(1) Pruco Life Insurance Company of New Jersey ("Pruco") shall distribute to the Clerk of Court a check equal to the sum of $250,034.30 (the "Death Benefit"), representing the Death Benefit due as a result of the death of Carla K. Rosado (the "Insured") in connection with term life insurance policy number L9473643 (the "Policy") issued by Pruco to the Insured, plus applicable interest[1] (the "Interpleader funds");

(2) The Clerk of Court shall deposit the Interpleader Funds into an interest-bearing account pending further direction from the Court;

---

[1] The interest payable as of July 8, 2020 is $7,210.74.

(3) Upon deposit of the Interpleader Funds, Pruco shall be discharged of all liability in connection with the Death Benefit and/or the Policy and all claims against Pruco relating to the Death Benefit and/or the Policy shall be dismissed with prejudice;

(4) Upon deposit of the Interpleader Funds, Defendants Godolfredo Rosado, Individually and as Administrator of the Estate of Carla K. Rosado and Maud Dougal (collectively, the "Adverse Claimants"), are hereby enjoined from instituting or prosecuting any claims or actions against Pruco in any forum seeking payment of the Death Benefit and/or the Policy; and

(5) Upon deposit of the Interpleader Funds, Pruco shall be dismissed from this action, with prejudice.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

IT IS SO ORDERED.

Dated: _____July 9_____, 2020

_____Valerie Caproni_____
United States District Judge

2