UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2020

PRUCO LIFE INSURANCE COMPANY
OF NEW JERSEY,

    Plaintiff,

    v.

GODOLFREDO ROSADO, THE ESTATE
OF CARLA K. ROSADO,
and MAUD DOUGAL,

    Defendants.

Civil Action No. 1:20-cv-02973-VEC

## ~~PROPOSED~~ ORDER

Upon the Stipulation filed jointly by Defendant Godolfredo Rosado, individually and on behalf of the estate of Carla K. Rosado, and Defendant Maud Dougal,

**IT IS HEREBY ORDERED THAT:**

(1)     The Clerk of Court shall pay the total amount deposited by Pruco (plus interest) with the Clerk of Court in equal installments to Godolfredo Rosado and Maud Dougal so that each receives fifty percent (50%) of the total deposit with the Clerk of Court plus interest.[1] The check for Godolfredo Rosado shall be made payable to "Trief & Olk, as Attorney for Godolfredo Rosado" and sent to Trief & Olk, 750 Third Avenue, Suite 2902, New York, NY 10017 and the check for Maud Dougal shall be made payable to "Eric Dinnocenzo, as Attorney for Maud

---

[1] If the final amount (including interest) is not divisible by two, Maud Dougal shall receive the extra penny ($0.01).

Dougal" and sent to Eric Dinnocenzo, 469 Seventh Avenue, Suite 1215, New York, NY 10018;

(2) Upon payment of the funds, this action will be dismissed with prejudice.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b).

The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

IT IS SO ORDERED.

Dated: August 21, 2020

_____
United States District Judge

2